# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-CV-298-GCM

| | | |
|---|---|---|
| **DORENE SALAMONE,** | ) | |
|        **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CENTRAL PIEDMONT** | ) | |
| **COMMUNITY COLLEGE,** | ) | |
|        **Defendants.** | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the pending Motion for Summary Judgment in this action, the trial in this matter is continued, with a specific date to be determined at a later time.

IT IS SO ORDERED.

Signed: July 10, 2019

Graham C. Mullen
United States District Judge